UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

**RICKY LYNN HATFIELD,**                :

       **Petitioner**                :   **CIVIL ACTION NO. 3:24-1531**

      **v.**                :   **(JUDGE MANNION)**

**PENNSYLVANIA BOARD
OF PAROLE,** *et al.*,                :

      **Respondents**                :

## O R D E R

In accordance with the memorandum issued this date, **IT IS HEREBY ORDERED THAT**:

1. The petition for writ of habeas corpus (Doc. 1) is **DENIED**.

2. A certificate of appealability will not issue.

3. The Clerk of Court is directed to **CLOSE** this case.

*s/ Malachy E. Mannion*
**Malachy E. Mannion**
**United States District Judge**

Dated:   September 17, 2025
24-1531-01-order